UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                Case Number: 11-27872 ABA

Debtor: James M. Watson

| Check Number | Creditor | Amount |
|---|---|---|
| 1854338 | Bank of America, N.A. | 1418.01 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   July 14, 2014